# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **OLD CASE NO 2:17-cr-00197-JAM-1** |
| Plaintiff, | **NEW CASE NO 1:17-cr-00253-LJO-SKO** |
| v. | **ORDER TO RELATE ACTIONS AND TO REASSIGN DISTRICT JUDGE AND MAGISTRATE JUDGE** |
| **SHANE KAINOA KELLY,** | |
| Defendant. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *United States of America v. Shane Kelly*, Case No. 1:09-cr-00218-LJO-1. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

1

| | |
|---|---|
| 1 | On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Sheila K. Oberto with new **CASE NO. 1:17-CR-00253-LJO-SKO**.  All documents shall bear the new **CASE NO. 1:17-CR-00253-LJO-SKO** and the reassignment to U.S. District Judge O'Neill and U.S. Magistrate Judge Sheila K. Oberto. |

IT IS SO ORDERED.

Dated: **November 2, 2017**        /s/ Lawrence J. O'Neill
                                                                 UNITED STATES CHIEF DISTRICT JUDGE